**Order filed July 26, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

### NO. 14-11-00372-CV
_____

**MATTHEW VERE, Appellant**

**V.**

**AFFORDABLE POWER, L.L.P., Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 956968**

## O R D E R

Appellant's brief was due **July 18, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 27, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM